# Court of Appeals
# of the State of Georgia

ATLANTA,__October 16, 2014_____

*The Court of Appeals hereby passes the following order:*

## A15A0269.  DUSTIN DAVENPORT v. KEISHA DAVENPORT.

This is a suit for divorce.  Defendant Dustin Davenport has filed a notice of appeal seeking a direct appeal of the order, entered August 22, 2014, denying his motion to compel the production of the trial transcript.

The Supreme Court has exclusive jurisdiction over appeals in all divorce cases. Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (6). Orders specifically relating to the parties' pending divorce are within the appellate jurisdiction of the Supreme Court. See, e.g., *Kent v. Kent*, 289 Ga. 821 (716 SE2d 212) (2011) (trial court erred in denying the motion for the trial transcript).  Because the order to compel the transcript is ancillary to the divorce proceeding, jurisdiction over this appeal is vested in the Supreme Court of Georgia.

Accordingly, this Court lacks jurisdiction to consider this appeal, and it is TRANSFERRED to the Supreme Court.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____10/16/2014_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*